THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
        *v.* JAMES DE MARCO, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

  *People* v. *De Marco*, 220 App. Div. 743, affirmed.

  (Argued June 2, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 7, 1927, which affirmed a judgment of the Orange County Court, rendered upon a verdict convicting the defendant of criminally receiving stolen property in the second degree.

  *Henry Hirschberg* for appellant.

  *Elmer H. Lemon, District Attorney,* for respondent.

  Judgment affirmed; no opinion.

  Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.